F I L E D

AUG 2 7 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20 CR 369 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 2113(a) |
| MARTIN A. CROSSLEY | ) | |

JUDGE PACOLD

MAGISTRATE JUDGE HARJANI

The SPECIAL MAY 2019 GRAND JURY charges:

On or about July 11, 2020, at Glen Ellyn, in the Northern District of Illinois, Eastern Division,

MARTIN A. CROSSLEY

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $4,106 in United States currency belonging to, and in the care, custody, control, management, and possession of the Glen Ellyn Bank and Trust, 357 Roosevelt Road, Glen Ellyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Timothy Storino on behalf of the
UNITED STATES ATTORNEY