# CURRICULUM VITAE



### *Jeremy R. Bauer*
Special Agent, Federal Bureau of Investigation
2111 West Roosevelt
Chicago, IL 60608
(312) 421-6700

## PROFESSIONAL EXPERIENCE

**Federal Bureau of Investigation** (September 2015 – Present)
*Special Agent*

September 2015 - Present (Chicago, IL): Violent Crimes and Fugitive Task Force
- Conduct numerous types of investigations, including bank robberies, kidnappings, fugitives, extortions, and special jurisdiction crimes
- Provide assistance to local law enforcement
- Certified Cellular Analysis Survey Team (CAST) Special Agent
- Conduct historical cell site analysis

**Federal Bureau of Investigation** (December 2009 – September 2015)
*Staff Operations Specialist*

December 2009 – September 2015 (Chicago, IL): Violent Crimes and Fugitive Task Force
- Provide analytical and investigative support to crimes of violence to include Hobbs Act robberies, bank robberies, kidnappings, fugitive cases, threats and extortions
- Provide cellular record analysis and technological assistance to local, state, and federal law enforcement including historical cell site analysis and Cellebrite forensic extractions
- Train law enforcement officers and federal agents on cellular technology and record analysis

December 2009 – December 2011 (Chicago, IL): Mortgage Fraud Squad
- Provided analytical and investigative support for mortgage fraud investigations

## EDUCATION

Western Illinois University, Macomb, IL
Bachelor of Science – Law Enforcement and Justice Administration (2008)
Master of Arts – Law Enforcement and Justice Administration (2011)

## PROFESSIONAL TRAINING

Received over 300 total hours of formal training in the use of cellular phones in investigations, cellular network setup, cellular network surveys, radio frequency theory, and cellular phone technologies including the training described below:

FBI Cellular Historical and Real Time Analysis / Project Pin Point – FBI, Philadelphia, PA (2010)

Cellebrite Training Certification – Forward Discovery, Naperville, IL (2012)

FBI Cellular Analysis Survey Team – Advanced Cellular Historical and Real Time Analysis – FBI Philadelphia, PA (2012)

FBI Cellular Analysis Survey Team – Advanced Project PinPoint for Support Personnel – FBI Tampa, FL (2015)

FBI Cellular Analysis Survey Team – Field Training Exercise – FBI Philadelphia, PA (2018)

FBI Cellular Analysis Survey Team – Certification, Part 1 – FBI Atlanta, GA (2018)

FBI Cellular Analysis Survey Team – Certification, Part 2 – Kansas City, MO (2018)

FBI Cellular Analysis Survey Team – Annual Recertification – New Orleans, LA (2019)

FBI Cellular Analysis Survey Team – Annual Recertification – Mobile, AL (2020)

PROFESSIONAL INSTRUCTION

Instructed "Basic Techniques for Utilizing Cellular Phones in Investigations" and "Use of Cellular Phones in Investigations" for approximately 500 Law Enforcement Officers and Prosecutors

- 2010 – Evergreen Park and surrounding police departments
- 2011 – Chicago Police Department Training Academy
- 2011 – FBI Chicago Division
- 2011 – Major Case Assistance Team – Schaumburg, Illinois
- 2012 – FBI Chicago Division
- 2012 – Mt. Pleasant and Surrounding Departments – Mt. Pleasant, South Carolina
- 2012 – Kane County Sheriff's Office and surrounding Police Departments
- 2012 – North Regional Major Crimes Task Force (NORTAF) – Skokie, IL
- 2013 – FBI Chicago Division
- 2013 – Mobile Team Training Unit IV – East Moline, IL
- 2014 – Chicago Police Department Bureau of Organized Crime-Intelligence Section
- 2019 – Cook County State's Attorney's Office
- 2019 – FBI St. Louis Division
- 2019 – FBI Chicago Division
- 2019 – FBI Denver Division

Instructed "Advanced Techniques for Utilizing Cellular Phones in Investigations"

- 2012 – FBI Chicago Division

EXPERT EXPERIENCE

Previously qualified as an expert witness in historical cell site analysis on four occasions.

United States District Court
Northern District of Illinois: February 2020, April 2021

Cook County, IL
March 2020

Macon County, IL
December 2014

COMMENDATIONS & ACHIEVEMENTS

Recipient Award in Recognition of Exemplary Service – FBI 2011
Exceptional Performance Award – FBI 2021