# FBI CELLULAR ANALYSIS SURVEY TEAM

## HISTORICAL MOBILE DEVICE LOCATION ANALYSIS



**DRAFT**

SA Jeremy Bauer
FBI Chicago

Trial Report

Telephone Number Analyzed
(630) 660-0402

**4/30/2021**

**Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**    1

# INTRODUCTION



### 1. Background

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by SA Shanna Saunders to analyze cell phone records for (630) 660-0402. The cell phone was believed to be associated with a bank robbery which occurred on July 11, 2020 at approximately 11:00 AM at Glen Ellyn Bank and Trust, 357 Roosevelt Road, Glen Ellyn, IL. An additional pertinent address was also provided.

### 2. Methodology

**DRAFT**

An analysis was performed on the call detail records obtained for the cell phone. The call detail records documented the network interaction to and from the cell phone. Additionally, the records documented the cell tower and cell sector ("cell site") which served the cell phone during this activity. Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the cell phone when contact was initiated with the network.

### 2.1 Cell Site Locations

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider. The cell sites associated with the target cell phone were located utilizing the mapping software and the plotted cell site data. T-Mobile also provided Timing Advance data which shows an approximate distance from the tower for the cell phone, as measured by the network.

### 3. Conclusions

A historical cell site analysis was performed on the call detail records for the cell phone. The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site analysis maps. All times on the following maps are displayed in Central Time.

**Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# SECTOR ILLUSTRATION



3

- Active sectors are displayed as a wedge with a shaded arc

**DRAFT**

- The shaded arc solely indicates the general direction of the radio frequency signal

- The sector orientation can vary by cell site and service provider



**Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# TIMING ADVANCE



4

- A roundtrip network measurement from tower to device and back as provided by T-Mobile.

**DRAFT**

- When displayed on a map, a Timing Advance illustration shows an approximate distance from the tower for the phone.



**Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

Map depicting the T-Mobile towers (green dots) in the area and the addresses provided as pertinent to the investigation.



5



Legend:
- Glen Ellyn Bank and Trust
- 1115 S Lorraine

DRAFT

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

Map depicting the cell sites used by **(630) 660-0402** on July 9, 2020. The records are consistent with southbound travel.



6



Legend
- Glen Ellyn Bank and Trust
- 1115 S Lorraine

CID 102076-63
11:08:16 AM; Voice

CID 23853-13
8:35:53 PM; Voice

Note: Not all times of usage are displayed.

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

Map depicting the times on July 10, 2020 during which **(630) 660-0402** used tower 24073.






Map depicting the cell sites used by **(630) 660-0402** on July 11, 2020 from 12:00 AM to 11:00 AM.

Map depicting the cell site used by **(630) 660-0402** on July 11, 2020 at 10:46 AM.





Map depicting the measured distance from the tower for **(630) 660-0402** on July 11, 2020 from 10:55 AM to 11:13 AM.





Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

Call detail records from July 11, 2020 from 3:50 AM to 11:21 AM (CDT). The records show no outgoing call or SMS activity between 3:50 AM and 11:12 AM (CDT).



**DRAFT**

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name | 1st LTE Site ID | 1st LTE Sector ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/2020 | 08:50:06 | 2 | moc | Outgoing | 16306600402 | 8474069536 | 8474069536 | 18474069536 | 310260068398833 | 358852105438800 | Completed Successfully | | CHTAS010 | 23936 | 5 |
| 07/11/2020 | 15:33:21 | | SMSC | | 18475056221 | | 16306600402 | | | | Completed Successfully | | mavsms_pol 03 | | |
| 07/11/2020 | 15:43:15 | | SMSC | | 18475056221 | | 16306600402 | | | | Completed Successfully | | mavsms_pol 03 | | |
| 07/11/2020 | 15:46:43 | 4 | mtc | Incoming | 18475056221 | 16306600402 | 16306600402 | 16306600402 | 310260068398833 | 358852105438800 | Completed Successfully | 02A;11 | DNTAS201 | 24073 | 3 |
| 07/11/2020 | 15:47:16 | 4 | moc | Outgoing | 18475056221 | 14699829999 | 14699829999 | 14699829999 | 310260068398833 | 358852105438800 | Completed Successfully | 02A | DNTAS201 | 24073 | 3 |
| 07/11/2020 | 15:58:13 | | SMSC | | 18475056221 | | 16306600402 | | | | Completed Successfully | | mavsms_pol 03 | | |
| 07/11/2020 | 16:12:27 | | SMSC | | 16306600402 | | 18475056221 | | | | Completed Successfully | | mavsms_pol 04 | | |
| 07/11/2020 | 16:13:06 | | SMSC | | 18475056221 | | 16306600402 | | | | Completed Successfully | | mavsms_pol 03 | | |
| 07/11/2020 | 16:19:52 | | SMSC | | 18475056221 | | 16306600402 | | | | Completed Successfully | | mavsms_pol 03 | | |
| 07/11/2020 | 16:20:23 | | SMSC | | 18475056221 | | 16306600402 | | | | Completed Successfully | | mavsms_pol 03 | | |
| 07/11/2020 | 16:21:58 | 304 | moc | Outgoing | 16306600402 | 18475056221 | 18475056221 | 18475056221 | 310260068398833 | 358852105438800 | Completed Successfully | | DNTAS201 | 24315 | 16 |

Intellectual property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.



Map depicting the cell sites used by **(630) 660-0402** on July 11, 2020 from 11:00 AM to 11:59 PM.



13



Map depicting the cell sites used by **(630) 660-0402** on July 12, 2020. The records are consistent with northbound travel.



# END OF REPORT



**DRAFT**

THIS PAGE INTENTIONALLY LEFT BLANK.

