IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

Plaintiff,

v.

Dexter Clemons

Defendant.

Case No. 21 CR 159

Judge: Mary M. Rowland

## ORDER

In person change of plea hearing held. Based on a written plea agreement, Defendant entered a plea of guilty to count one against him. The Court found that Defendant is competent, has had the assistance of counsel, understands the charges and the maximum penalties, knows his trial rights, and is entering the plea voluntarily. There is a factual basis for the plea. The Court accepted Defendant's plea of guilty to the Indictment and enters a finding of guilt. Enter Plea Agreement. This case is referred to the Probation Office for preparation of the presentence report. The government shall submit its version of the offense to the Probation Office by 6/30/21. Defendant must submit his version to the Probation Office by 7/7/21. See Local Criminal Rule 32.1 (e). Pursuant to Local Criminal Rule 32.1 (f), the court gives notice to the Probation Office and directs it to disclose (with the PSR) the Probation Office's sentencing recommendation to counsel for the defendant and the government. Presentence report is due 8/4/21. Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 8/25/21. Any responses must be filed by 9/1/21. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. In person sentencing is set for 9/8/21 at 11:00 a.m. Government to submit an unopposed order regarding forfeiture of seized property to Proposed_Order_Rowland@ilnd.uscourts.gov.

(T): 00:25 (COP)

Date: June 16, 2021

UNITED STATES DISTRICT JUDGE