UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
           )  No. 20 CR 369
  v.         )
           )  Judge Martha M. Pacold
MARTIN CROSSLEY    )

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United State of America, through its attorney, John R. Lausch, Jr.,

United States Attorney for the Northern District of Illinois, hereby submits the

attached Government's Exhibit List for the upcoming trial in *United States v.*

*Martin Crossley* set to begin on September 8, 2021.

The government reserves the right to supplement this exhibit list as

necessary before and during trial.


Dated: August 26, 2021     Respectfully submitted,

               JOHN R. LAUSCH, JR.
               United States Attorney

          By: */s/ Cornelius A. Vandenberg*
             CORNELIUS A. VANDENBERG
             ANNE MARIE URSI
             Assistant United States Attorneys
             219 South Dearborn Street, Rm. 500
             Chicago, Illinois 60604
             (312) 353-5300

1

## Government's Exhibit List

| Exhibit | Description |
|---------|-------------|
| GX001 | Suspect description sheet filled out by Vega-Jones |
| GX002 | Bait bills sheet |
| GX003 | Vega-Jones's written statement from 7/11/20 |
| GX004 | Suspect description sheet filled out by Ortiz |
| GX005 | Ortiz written statement from 7/11/20 |
| GX006 | Teller drawer audit sheet and computer printout |
| GX007 | Ortiz Photo array with signed instructions |
| GX008 | Suspect description sheet by Watkins |
| GX009 | Watkins photo array with signed instructions |
| GX010 | Photo of apartment smoking area/Rodriguez porch |
| GX011 | WGN news article   https://wgntv.com/news/fbi-looking-for-man-after-glen-ellyn-bank-robbed-saturday/ |
| GX012 | Initialed DL photo of Crossley |
| GX013 | Initialed photo of robber |
| GX014 | Initialed photos of grey car |
| GX015 | Map of area marked by Prokopiak |
| GX016 | Email from Prokopiak to Shanna |
| GX017 | Images of robber used in GJ (GJ Exhibits 2 and 3) |
| GX018 | Texts from Theresa to Tracy |

| GX019 | Images of robber outside of bank |
|---|---|
| GX020 | Text messages from Rick to Crossley accusing him of being the robber |
| GX021 | Image of robber sent by text to Shanna Saunders |
| GX022 | Texts between Marski and Crossley on July 11, 2020 |
| GX023 | Final version of CAST report |
| GX023A | CAST Report Excel Spreadsheet |
| GX024 | June 24 – July 9, 2020 call detail records from T-Mobile |
| GX025 | July 10 to July22, 2020 call detail records from T-Mobile |
| GX026 | Subscriber info |
| GX027 | July 10 to July 16, 2020 timing advance data records from T-Mobile |
| GX028 | T-Mobile records that accompanied their production |
| GX029 | Swabs/pictures of swabs |
| GX030 | FDIC certificate |
| GX031 | Discover card records |
| GX032 | Glen Ellyn Bank/Wintrust bank records |
| GX033 | Summary Internet Search BOA and Wheaton Bank & Trust |
| GX034 | Nokia phone recovered from Crossley on arrest |
| GX035 | LG phone received from Crossley arrest |
| GX036 | Photo of Apartment Complex |
| GX037 | Pet Supplies Still Photo |
| GX038 | Pet Supplies Map |

| GX039 | Pet Supplies Map - 2 |
|-------|----------------------|
| GX040 | Still Picture Hands |
| GX041 | Still Picture Hands -2 |
| GX042 | Crossley Wallet – Physical Evidence |
| GX043 | Bank Cards (from Crossley wallet) – Physical Evidence |
| GX044 | Map – Lorraine to BOA |
| GX045 | Map – Lorraine to Wheaton Bank & Trust |
| GX046 | Map – Lorraine to Glen Ellyn Bank & Trust |
| GX047 | Photo – Martin Crossley |
| GX048 | Photo 2 – Martin Crossley |
| GX049 | Photo – bank robber |
| GX050 | Photo 2 – bank robber |
| GX051 | Stipulations |
| GX052 | Picture of wallet |
| GX053 | Picture of cards from wallet |
| GX054 | Picture – Nokia Phone |
| GX055 | Picture - Phone |
| GX056 | Picture – Phone 2 |
| GX057 | Picture – Bank Cards (2) |
| GX058 | Photo 3 Martin Crossley |
| GX059 | Photo 3 Bank Robber – Side Profile |

| | |
|---|---|
| GX060 | Photo 4 Martin Crossley |
| GX061 | Summary Exhibit Wintrust Transactions (modified from former Exhibit 61-A to include July 10 transactions) |
| GX062 | Summary Exhibit Discover Transactions |
| GX063 | Booking photographs of Crossley |
| GX064 | Fox 32 News Report of Bank Robbery |
| GX065 | Elizabeth Talley Laboratory Report |
| GX066 | Swabs from Interior Door (physical evidence) |
| GX067 | Swabs from Customer Side of Teller Counter (physical evidence) |
| GX068 | Swabs form Teller Counter under Partition (physical evidence) |
| GX069 | Buccal Swab of Marisol Vega-Jones (physical evidence) |
| GX070 | Buccal Swab of Martin Crossley (physical evidence) |
| GX071 | Crossley Plea Agreement in NDIL Case No. 12 CR 958 |
| GX072 | Photograph of Demand Note in November 30, 2012 Robbery of First Merit Bank in Des Plaines, IL |
| | |
| **Audio/Video Exhibits** | |
| GX100 | All bank videos |
| GX100-1 | Lobby view |
| GX100-2 | Teller Line #2 |
| GX100-3 | West Front Door |
| GX100-4 | Teller Line #1 |
| GX100-5 | Bank Video – Command Player |
| GX200 | Pet Supplies Video |
| GX300 | Surveillance Video of November 19, 2012 Robbery of PNC Bank in Buffalo Grove, IL |
| GX400 | Surveillance Video of November 29, 2012 Robbery of Fifth Third Bank in Oak Brook, IL |
| GX500 | Surveillance Video of November 30, 2012 Robbery of First Merit Bank in Des Plaines, IL |
| | |